Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Ann Maria Herrera , et al.<br><br>Defendant. | CASE NO. 2:09-cv-1214 WBS DAD<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE SCHEDULING CONFERENCE; AND ORDER (~~Proposed~~) |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order vacating the Scheduling Conference in this action, presently set for November 2, 2009 at 2:00 P.M.  This request will be, and is, necessitated by the fact that defendant Ann Maria Herrera  is in default and Plaintiff's Application for Default Judgment is currently pending before this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

///

///

1

2

3

4

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Scheduling Conference presently scheduled for November 2, 2009 at 2:00 P.M.  in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

5

6

7

Respectfully submitted,

8

9

10

Dated: October 26, 2009

11

12

13

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

14

15    ///

16    ///

17    ///

18    ///

19

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

# ORDER

It is hereby ordered that the Scheduling Conference in civil action number 2:09-cv-1214 WBS DAD  styled *J & J Sports Productions, Inc. v. Ann Maria Herrera , et al*., is hereby vacated **and reset for January 11, 2010 at 2:00 p.m.**

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

DATED:  November 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///
///
///
///
///
///
///
///
///
///
///

# PROOF OF SERVICE (SERVICE BY MAIL)

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER**
**VACATING THE SCHEDULING CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 09-1303 LJO DLB**
**PAGE 3**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 26, 2009, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE SCHEDULING CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ann Maria Herrera  (Defendant)
5635 Freeport Blvd.
Sacramento, CA 95822

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on October 26, 2009, at South Pasadena, California.

Dated:  October 26, 2009                              */s/ Maria Baird*_____
                                                      **MARIA BAIRD**