Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Ann Maria Herrera , et al. <br><br> Defendant. | CASE NO. 2:09-cv-1214 WBS DAD <br><br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE SCHEDULING CONFERENCE; AND ORDER (~~Proposed~~) |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order vacating the Scheduling Conference in this action, presently set for January 11, 2010 at 2:00 P.M.  This request will be, and is, necessitated by the fact that defendant Ann Maria Herrera  is in default and Plaintiff's Application for Default Judgment is currently pending before this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

///

///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER
VACATING THE SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 2:09-cv-1214 WBS DAD
PAGE 1

1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Scheduling

2   Conference presently scheduled for January 11, 2010 at 2:00 P.M.  in order that Plaintiff and its counsel

3   may avoid necessary fees and costs in this matter presently pending final disposition by virtue of

4   Plaintiff's Application for Default Judgment by the Court.

5

6

7                                                Respectfully submitted,

8

9

10  Dated: January 4, 2010              /s/ Thomas P. Riley
11                                       **LAW OFFICES OF THOMAS P. RILEY, P.C.**
12                                       By: Thomas P. Riley
                                         Attorneys for Plaintiff
13                                       J & J Sports Productions, Inc.

14

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1

## ORDER

2

3       It is hereby ordered that the Scheduling Conference in civil action number 2:09-cv-1214 WBS

4   DAD  styled *J & J Sports Productions, Inc. v. Ann Maria Herrera , et al.*, is  continued to **March 8,**

5   **2010 at 2:00 p.m.**

6           Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification

7   of Service of this Order with the Clerk of the Court.

8

9

10

**IT IS SO ORDERED**:

11

12

13   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

14

Dated:  January 4, 2010

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 4, 2010, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE SCHEDULING CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ann Maria Herrera  (Defendant)
5635 Freeport Blvd.
Sacramento, CA 95822

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 4, 2010, at South Pasadena, California.

Dated:  January 4, 2010                                      */s/ Maria Baird*
                                                                           **MARIA BAIRD**